United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Oscar Ciriaco Del Orbe, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-24828-Civ-Scola |
| Kilolo Kijakazi, Commissioner of Social Security, Defendant. | ) |

### Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. (ECF No. 2.) On April 7, 2022, Judge Goodman issued a report, recommending that the Court grant the Plaintiff's motion for summary judgment, deny the Commissioner's motion for summary judgment, and remand the case pursuant to 42 U.S.C. § 405(g). (ECF No. 30.) Neither party has filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation (ECF No. 30). The Court **grants** the Plaintiff's motion for summary judgment (**ECF No. 17**) and **denies** the Commissioner's motion for summary judgment (**ECF No. 22**). Pursuant to 42 U.S.C. § 405(g), the Court **remands** this case and instructs the ALJ to determine on remand whether, based on the RFC, Del Orbe can perform his past relevant composite work as a Manager/Cafeteria and Cook, and, if not, whether, based on Del Orbe's age, education, and work experience, there is other work in the national economy that Del Orbe is capable of performing. The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on April 25, 2022.

_____
Robert N. Scola, Jr.
United States District Judge