United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Oscar Ciriaco Del Orbe, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-24828-Civ-Scola |
| ) | |
| Kilolo Kijakazi, Commissioner of ) | |
| Social Security, Defendant. ) | |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation on the Plaintiff's unopposed motion for attorney's fees and costs. On May 27, 2022, Judge Goodman issued a report, recommending that the Court grant the motion and award the Plaintiff's attorney's fees in the amount of $7,734.57. (Report & Recommendations, ECF No. 33.) No objections have been filed and the time to object has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, this Court finds Judge Goodman's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Goodman's report and recommendation. (**ECF No. 33**.) The Court **grants** the Plaintiff's unopposed motion for attorneys' fees. (**ECF No. 32**.) Consistent with the report, the Court awards **$7,734.57** in attorneys' fees to the Plaintiff, contingent upon a determination by the Defendant that the Plaintiff owes no qualifying, preexisting debts to the Government.

**Done and ordered**, at Miami, Florida, on June 13, 2022.

_____
Robert N. Scola, Jr.
United States District Judge